# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATED MEMORY TECH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KEMP TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 1:19-cv-00939-LPS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT KEMP TECHNOLOGIES, INC.'S MOTION TO DISMISS COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Kemp Technologies, Inc. ("Kemp") hereby moves to dismiss Plaintiff Accelerated Memory Tech LLC's ("AMT") Complaint for Patent Infringement (D.I. No. 1) for failure to state a claim upon which relief can be granted, because the claims of asserted U. S. Patent No. 6,513,062 ("the '062 Patent") are directed at unpatentable subject matter under 35 U.S.C. § 101 pursuant to *Alice Corp. Pty. Ltd. v. CLS Bank Int'l.*, 573 U.S. 208 (2014). The grounds for this motion are set forth more fully in Kemp's accompanying Memorandum of Points and Authorities, submitted herewith.

Dated: July 11, 2019 Respectfully submitted,

By: /s/ *Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)
O'Kelly Ernst & Joyce, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
302-778-400
sokelly@oelegal.com

OF COUNSEL:

Jeffrey T. Lindgren (pro hac vice pending)
Richard C. Vasquez (pro hac vice pending)
Vasquez Benisek & Lindgren LLP
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
925-627-4250
jlindgren@vbllaw.com
rvasquez@vbllaw.com

*Counsel for Defendant Kemp Technologies, Inc.*