# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATED MEMORY TECH, LLC<br><br>        Plaintiff,<br>    v.<br><br>KEMP TECHNOLOGIES, INC.<br><br>        Defendant. | C.A. No. 19-939-LPS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Accelerated Memory Tech, LLC ("Accelerated"), by and through its undersigned counsel, hereby files this Notice of Voluntary Dismissal of Defendants Kemp Technologies, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1) and hereby dismisses all claims in this action with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

January 16, 2020

OF COUNSEL:

Steven G. Hill
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA  30339
(770) 953-0995
sgh@hkw-law.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman_____
Stephen B. Brauerman (#4952)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Accelerated Memory Tech, LLC*

IT IS SO ORDERED this _____ day of January, 2020.

_____
United States District Judge